# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**RANDEZ LONG**
   **Petitioner-defendant,**

 v.         **Case No. 13-C-1410**
           **Criminal Case No. 12-CR-241**

**UNITED STATES OF AMERICA**
   **Respondent-plaintiff.**

---

## ORDER

On July 29, 2013, I sentenced petitioner Randez Long to 21 months in prison, 3 years supervised release, and $984,043.86 in restitution on his guilty pleas to bank fraud and money laundering. On November 27, 2013, petitioner filed a pro se notice of appeal. The appeal is pending before the Seventh Circuit.

On December 16, 2013, petitioner filed in this court a pro se motion to vacate his sentence pursuant to 28 U.S.C. § 2255. A district court should not consider a § 2255 motion while a direct appeal is pending, absent extraordinary circumstances, because the disposition of the direct appeal could render the § 2255 motion moot. United States v. Robinson, 8 F.3d 398, 405 (7th Cir. 1993). No extraordinary circumstances appearing, I will defer Rule 4 review of the § 2255 motion pending a disposition from the court of appeals.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin, this 3rd day of January, 2014.

            /s Lynn Adelman
            _____
            LYNN ADELMAN
            District Judge